UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VLADIMIR BERKOVICH,

    Plaintiff,   Case Number 23-12431
v.   Honorable David M. Lawson

T.J. MAXX, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On March 6, 2024, the parties informed the Court that they had reached an agreement to resolve all of the claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before April 6, 2024**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Date:  March 8, 2024